**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

UNITED STATES OF AMERICA

v. CRIMINAL ACTION NO. 5:25-cr-00061

QUINCY HIGGINS

**ORDER**

On November 2, 2026, all counsel and the Defendant appeared for a guilty plea hearing. Count Two charges the Defendant with distribution of a quantity of fentanyl, in violation of 21 U.S.C. § 841(a)(1). [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on November 2, 2026. [Doc. 27]. Objections in this case were due on November 19, 2026. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 27**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and to the Office of the United States Marshal.

ENTER: November 25, 2026

Frank W. Volk
Chief United States District Judge